## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

VIC LAWRENCE NORMAN                                                                                    PLAINTIFF

v.                                    No. 4:13CV00535 JLH-HDY

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                                DEFENDANT

## ORDER

On August 8, 2014, United States Magistrate Judge H. David Young entered a recommended disposition in which he recommended that the Court deny Vic Lawrence Norman's request for relief and affirm the decision of the Commissioner of the Social Security Administration in denying his application for benefits. No objections have been filed. The recommended disposition is hereby adopted as the deposition of this Court. For the reasons stated in the recommend disposition, the Court affirms the decision of the Commissioner of the Social Security Administration to deny Vic Lawrence Norman's application for benefits. Norman's complaint is dismissed with prejudice.

IT IS SO ORDERED this 29th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE