IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VIC LAWRENCE NORMAN                                                                PLAINTIFF

v.                              No. 4:13CV00535 JLH-HDY

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                        DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the decision of the Commissioner of the Social Security Administration denying the application of Vic Lawrence Norman for benefits is affirmed.  The complaint of Vic Lawrence Norman is dismissed with prejudice.

IT IS SO ORDERED this 29th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE